IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SRA INSURANCE AGENCY, LLC,<br><br>    **Plaintiff,**<br><br>v.<br><br>VIRTUS LLC, MATTHEW HOLT,<br>CORY FISCHBACH,<br>JENNIFER HOWARD,<br>LANCE LUTHER,<br>KARRA MCGREEVY, and<br>BRIAN OTTO,<br><br>    **Defendants.** | Case No. 21-2181-DDC-JPO |

## MEMORANDUM AND ORDER

  Several months ago, the parties engaged in the mercantile equivalent of a bitter divorce case. They now report they have agreed to resolve their differences. Specifically, plaintiff SRA Insurance Agency, LLC has filed a Consent Notice of Settlement (Doc. 92) in this dispute with defendants Virtus LLC and a string of individual defendants—each of them formerly on the payroll at SRA and now among the ranks at Virtus. *See, e.g.*, Doc. 28 at 2 ("Each of the former SRA Employees was on SRA's payroll, but resigned recently to join the ranks at Virtus." (citing Doc. 6 at 8 (Am. Compl. ¶ 18))). Now, the "parties have reached a settlement agreement as to the *entirety* of this litigation." Doc. 92 at 1 (emphasis added); *see also id.* ("Defendants have consented to the filing of this Notice of Settlement and have no objections.").

  The Consent Notice of Settlement communicates three important updates about this lawsuit. *First*, the parties request a stay of all deadlines in this matter "to allow sufficient time to complete the settlement process." *Id.* *Second*, the "parties further request that they be provided

thirty (30) days, until September 3, 2021, in which to finalize the settlement process." *Id.* And *third*, the Consent Notice of Settlement adds that once the settlement process wraps up, "Plaintiff will file a stipulation of dismissal with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)." *Id.*

The Supreme Court has "held that district courts have the inherent authority to manage their dockets and courtrooms with a view toward the efficient and expedient resolution of cases." *Dietz v. Bouldin*, 136 S. Ct. 1885, 1892–93 (2016) (citations omitted). Here, the requests conveyed in the Consent Notice of Settlement (Doc. 92) will promote the objectives referenced in *Dietz*: "the efficient and expedient resolution of cases." *Dietz*, 136 S. Ct. at 1892. So, the court, agreeing with the parties, grants their two requests and imposes a third duty on its own.

**IT IS THEREFORE ORDERED BY THE COURT THAT** plaintiff must confer with defendants and submit to the court a Stipulation of Dismissal and any other proposed papers on or before September 3, 2021.

**IT IS FURTHER ORDERED THAT** all pending deadlines in this matter are stayed, without prejudice, pending the completion of the settlement process in this case.

**IT IS SO ORDERED.**

**Dated this 20th day of August, 2021, at Kansas City, Kansas.**

                               s/ Daniel D. Crabtree
                               **Daniel D. Crabtree**
                               **United States District Judge**